IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID PRIESTER,**

    Petitioner,

v.                                 Case No. 4:20cv176-MW/MAF

**MARK INCH, Secretary,**
**Florida Department of Corrections,**
**et al.,**

    Respondents.

_____/

**ORDER ACCEPTING AND ADOPTING**
**<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of

1

Florida, Orlando Division, for all further proceedings. The Clerk shall also close the file.

**SO ORDERED on May 12, 2020.**

              **s/ MARK E. WALKER**
              **Chief United States District Judge**